IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| In re: | : | MDL Docket No. 4:03CV1507-WRW |
| --- | --- | --- |
|  | : | 4:05CV01693 |
| **PREMPRO PRODUCTS LIABILITY** | : |  |
| **LITIGATION** | : |  |
|  | : |  |
|  | : |  |
| **HARLEEN EPSTEIN** | : | PLAINTIFF |
|  | : |  |
| v. | : |  |
|  | : |  |
| **WYETH, INC., et al.** | : | DEFENDANTS |

**ORDER**

Pending are Plaintiff's Motion to Remand (Doc. No. 5) and Motion for Leave to File Exhibit Under Seal (Doc. No. 6). Defendants have responded to both motions (Doc. Nos. 9, 11).

**I.    Motion to Remand**

Plaintiff, a Florida resident, asserts that remand is appropriate because there is not complete diversity, since the named Wyeth sales representative defendants are Florida residents. At the time of removal, these sales representatives were the only non-diverse parties.

This case is much like another Florida case, *Sobkowski v. Wyeth*.[1]  Other than the fact that the drugs are different, the allegations, arguments, and legal support concerning the remand issue are virtually the same.   After reviewing the May 17, 2004 Report and Recommendation in

---

[1] 5:04-CV-96-Oc-10GRJ (M.D. Fla. 2004).

1

*Sobkowski*[2] and the Honorable Wm. Terrell Hodges's June 24, 2004 Order adopting these Recommendations,[3] I believe the reasoning directly on-point, and I adopt it in full.

### II.     Motion for Leave to File Exhibit Under Seal

After reviewing the call notes, I don't believe that any of them are admissible as rebuttal evidence, and I see no reason to file them under seal.

It is my current intention to shred these documents since Plaintiff has copies.  If Plaintiff disagrees with my shredding notion, she should notify me within seven days of the date of this order -- setting forth her reason for disagreement.

### CONCLUSION

Accordingly, Plaintiff's Motion to Remand and Motion for Leave to File Exhibit Under Seal are DENIED.

IT IS SO ORDERED this 8th day of March, 2006.

>                     /s/ Wm. R.Wilson,Jr.
>             UNITED STATES DISTRICT JUDGE

---

[2] *Sobkowski v. Wyeth*, 5:04-CV-96-Oc-10GRJ, 2004 WL 3569704 (M.D. Fla. May 17, 2004) (Attached as Ex. A).

[3] *Sobkowski v. Wyeth*, 5:04-CV-96-Oc-10GRJ, 2004 WL 3581799 (M.D. Fla. June 24, 2004) (Attached as Ex. B).